IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL LOVE,<br><br>    Plaintiff,<br><br>  v.<br><br>TRANS-GLOBAL LLC,<br><br>    Defendant. | Case No. 19-cv-05389-MMC<br><br>**ORDER OF DISMISSAL** |

Plaintiff having advised the Court that the parties have agreed to a settlement of this cause,

IT IS HEREBY ORDERED that plaintiff's claims alleged against defendant be dismissed without prejudice; provided, however, that if any party shall certify to this Court, within sixty days, with proof of service of a copy thereof on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this cause shall forthwith be restored to the calendar for further proceedings as appropriate.[1]

**IT IS SO ORDERED.**

Dated: October 16, 2019

MAXINE M. CHESNEY
United States District Judge

---

[1] Nothing herein is intended to preclude the parties from subsequently filing a joint stipulation of dismissal with prejudice.